UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMONA MYERS, *et al.*,<br><br>             Plaintiffs,<br><br>      vs.<br><br>MCKESSON CORPORATION, *et al.*,<br><br>             Defendants. | Case No.: 13-cv-03096-YGR<br><br>**ORDER TERMINATING WITHOUT PREJUDICE MOTION TO REMAND IN LIGHT OF STAY** |

This action has been conditionally transferred to the Eastern District of Pennsylvania for coordination and consolidation with *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1871. On July 12, 2013, the Court entered an Order Granting Motion to Stay in light of the Conditional Transfer Order (CTO-172). (Dkt. No. 11.) Plaintiffs have since filed a Motion to Remand. (Dkt. No. 12.)

In light of the Order Granting Motion to Stay, the Court hereby **TERMINATES WITHOUT PREJUDICE** Plaintiffs' Motion to Remand. The motion may be re-filed and re-noticed for hearing upon an order lifting or dissolving the stay in this action.

This Order terminates Dkt. No. 12.

**IT IS SO ORDERED**.

Dated: July 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**