UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMONA MYERS, et al.         )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>        v.                    )<br>                              )<br>McKESSON CORPORATION, et al;  )<br>                              )<br>    Defendants.               )  | Case No. 4:13-cv-03096-YGR |

**This Document Relates To:**

*Gloria Sanders, individually and as successor-in-interest on behalf of the Estate of Herman Sanders, deceased ONLY*

### NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff *Gloria Sanders, individually and as successor-in-interest on behalf of the Estate of Herman Sanders, deceased* hereby dismisses with prejudice all claims against all defendants in the above-captioned matter.

This Notice of Dismissal does NOT apply to rights, claims and/or causes of action brought by any other Plaintiff in the above-captioned matter. Each party to bear its own attorneys' fees and costs.

DATE: July 26, 2013



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

1

DATED: July 25, 2013

Respectfully submitted,
*/s/ Sin-Ting Mary Liu*
Sin-Ting Mary Liu
(State Bar No. 282884)
Law Offices of Sin-Ting Mary Liu
806 East Avenida Pico, Suite I-218
San Clemente, CA 92673
Tel. (949) 342-2555
Fax (760) 304-8933
Email: sintingmliu@gmail.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

  DATED: July 25, 2013

                Respectfully submitted,
                */s/ Sin-Ting Mary Liu*
                Sin-Ting Mary Liu
                (State Bar No. 282884)
                Law Offices of Sin-Ting Mary Liu
                806 East Avenida Pico, Suite I-218
                San Clemente, CA  92673
                Tel. (949) 342-2555
                Fax (760) 304-8933
                Email: sintingmliu@gmail.com

                *Counsel for Plaintiffs*