UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMONA MYERS, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> McKESSON CORPORATION, et al; ) <br> ) <br> Defendants. ) | Case No. 4:13-cv-03096-YGR |

**This Document Relates To:**

*Gloria Sanders, individually and as successor-in-interest on behalf of the Estate of Herman Sanders, deceased ONLY*

<u>**NOTICE OF DISMISSAL WITH PREJUDICE**</u>  **AND ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff *Gloria Sanders, individually and as successor-in-interest on behalf of the Estate of Herman Sanders, deceased* hereby dismisses with prejudice all claims against all defendants in the above-captioned matter.

This Notice of Dismissal does NOT apply to rights, claims and/or causes of action brought by any other Plaintiff in the above-captioned matter.  Each party to bear its own attorneys' fees and costs.

DATE: July 26, 2013



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

1

DATED:  July 25, 2013

                                              Respectfully submitted,
                                              */s/ Sin-Ting Mary Liu*
                                              Sin-Ting Mary Liu
                                              (State Bar No. 282884)
                                              Law Offices of Sin-Ting Mary Liu
                                              806 East Avenida Pico, Suite I-218
                                              San Clemente, CA  92673
                                              Tel. (949) 342-2555
                                              Fax (760) 304-8933
                                              Email: sintingmliu@gmail.com

                                              *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    DATED: July 25, 2013

                                              Respectfully submitted,
                                              */s/ Sin-Ting Mary Liu*
                                              Sin-Ting Mary Liu
                                              (State Bar No. 282884)
                                              Law Offices of Sin-Ting Mary Liu
                                              806 East Avenida Pico, Suite I-218
                                              San Clemente, CA  92673
                                              Tel. (949) 342-2555
                                              Fax (760) 304-8933
                                              Email: sintingmliu@gmail.com

                                              *Counsel for Plaintiffs*